UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN O'CONNELL,<br><br>        Plaintiff,<br><br>   -against-<br><br>LONG ISLAND RAILROAD COMPANY,<br><br>        Defendant. | 1:21-cv-08280 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  WHERAS the pretrial conference scheduled for February 3, 2023 was adjourned by the Court on September 27, 2022.  ECF No. 16.

  WHEREAS the parties report in their joint letter, dated October 11, 2022, that a settlement conference before a Magistrate Judge would be appropriate after the close of fact discovery.  ECF No. 17.

  IT IS HEREBY ORDERED that counsel for all parties shall appear for a post discovery pretrial conference with the Court on **February 9, 2023 at 10:00 a.m.**  Absent leave of Court obtained by letter-motion filed before the conference, all pretrial conferences must be attended by the attorney who will serve as principal trial counsel.

  The Court will, by separate order, refer this case to the assigned Magistrate Judge for purposes of a settlement conference at or around the close of fact discovery.

Dated: October 13, 2022
   New York, New York

                      SO ORDERED.

                      *Jennifer Rochon*
                      JENNIFER L. ROCHON
                      United States District Judge