UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

BRIAN O'CONNELL,

                    Plaintiff,

-against-

LONG ISLAND RAILROAD COMPANY,

                    Defendant.
-----------------------------------------------------------------X

**ORDER**

**21-CV-8280 (JLR) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

       This case was referred to Magistrate Judge Willis on October 13, 2022 for settlement. Dkt. No. 19. The parties are directed to contact Courtroom Deputy Christopher Davis via e-mail at WillisNYSDChambers@nysd.uscourts.gov and provide three mutually agreeable dates for a settlement conference by **October 19, 2022**. The Court is currently available November 2, 2022, December 5, 2022 and December 12 – 22, 2022.

       SO ORDERED.

DATED:    New York, New York
              October 13, 2022

                                                      JENNIFER E. WILLIS
                                                      United States Magistrate Judge